CHAN NGUN YUK et al. v. WHITE, Immigration Com'r. LEE CHOY v. SAME. CHUN WOI SAN v. UNITED STATES. DULLAH et al. v. WHITE, Immigration Com'r. QUAN KAY v. SAME. (Circuit Court of Appeals, Ninth Circuit. January 10, 1916.) Nos. 2706, 2701, 2694, 2700, 2707. Appeals from

*Rehearing denied February 21, 1916.

the District Court of the United States for the First Division of the Northern District of California. Jno. W. Preston, U. S. Atty., and Casper A. Ornbaum, Asst. U. S. Atty., both of San Francisco, Cal., for appellee. On motion of counsel for appellees, appeals dismissed for the noncompliance by the appellants with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (the appellant in each case having failed to file a record thereof and to docket the case by or before the return day required by said rule).